GRACE G. HESS, as Executrix of CHRISTINA STOWELL, Deceased, Appellant, *v.* CLARENCE D. STOWELL, Defendant, and GRACE G. HESS, Respondent.

Argued November 29, 1941; decided January 8, 1942.

*Thomas B. Preston* and *Francis Preston* for appellant.

*James C. Tormey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.